**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**



Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

DALE JOSEPH LYNCH, )
)
      Plaintiff, )
)
v. )    Civil Action No. 19-3676 (UNA)
)
DARO REALTY LLC, )
)
      Defendant. )

## <u>MEMORANDUM OPINION</u>

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and his *pro se* civil complaint. The Court is mindful that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

It appears that the plaintiff's landlord has left written notices at his residence regarding unpaid rent and somehow ran afoul of the United States Constitution in the process. Missing from the complaint are clear statements regarding this Court's jurisdiction, and the plaintiff's entitlement to the relief he demands. Furthermore, the complaint fails to put the defendant on

notice of the claim(s) the plaintiff raises against it. Because the complaint fails to comply with Rule 8(a), the Court will dismiss it without prejudice. An Order is issued separately.

DATE: January __21__, 2020

_____
AMIT P. MEHTA
United States District Judge